# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 8, 2016

### NO. 03-14-00667-CV

**Texas Commission on Environmental Quality, Appellant**

**v.**

**Exxon Mobil Corporation; ExxonMobil Oil Corporation; Pennzoil-Quaker State Company and Shell Oil Company, Appellees**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on October 1, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.